**Dismiss and Opinion Filed September 12, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00640-CV**

**NICOLE ANDERSON, Appellant**

**V.**

**AVIS RENT A CAR SYSTEM, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05396-C**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Nowell

Stating the parties have settled their dispute, appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1. We grant the motion and dismiss the appeal. *See id.*

230640f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NICOLE ANDERSON, Appellant

No. 05-23-00640-CV          V.

AVIS RENT A CAR SYSTEM, LLC, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-21-05396-C.
Opinion delivered by Justice Nowell, Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Avis Rent A Car System, LLC recover its costs, if any, of this appeal from appellant Nicole Anderson.

Judgment entered this 12th day of September 2023.